**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**COURT FILE NO.: CV 00-1382 ADM/AJB**

---

Lavon C. Phillips,

Plaintiff,

-vs-

and ORDER
**STIPULATION TO AMEND THE SCHEDULING ORDER**

Mary K. Grendahl and
Econ Control, Inc. d/b/a
Sherlock Information System,

Defendants.

---

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties hereto, by their respective undersigned attorneys, that:

1. Plaintiff will file the attached proposed Amended Scheduling Order allowing for different dates for declaring expert witnesses and the provision of their reports pursuant to FRCP 26(a)(2)(A) and (B);

2. The amended schedule will allow for the plaintiffs to declare their experts on or before February 1st, 2001 and their reports on or before February 15th; and

3. The defendants declare their experts' identities on or before March 15th and their reports on or before April 1st, 2001.

**ATTORNEYS FOR PLAINTIFF**

Thomas J. Lyons, Sr.
Attorney I.D. #: 65699
1560 Beam Avenue, Suite A
Maplewood, Minnesota 55109-1171
(651) 770-9707

Dated: 1/10/01

**ATTORNEY FOR DEFENDANT MARY K. GRENDAHL**

By:
Scott Johnson (#247546)
920 Second Avenue South, Suite 1100
Minneapolis, Minnesota 55402
(612) 338-0115

Dated:

JAN 26 2001
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**ATTORNEY FOR DEFENDANT ECON CONTROL INC.**

By:
Mark G. Ohnstad
Attorney I.D. #: 81218
Edinborough Corporate Center East
Suite 600, Edinborough Way
Edina, Minnesota 55435
(952) 835-7000

Dated:

**ATTORNEY FOR McDOWELL**

By [signature]

PATRICK NOAKER, ESQ
E 1000 1ST NATIONAL BANK BLDG
332 MINNESOTA STREET
SAINT PAUL, MN 55101
651-227-9990

**ORDER**

Pursuant to the foregoing Stipulation, the Court adopts the Amended Scheduling Order, which is attached hereto.

*LET THE STIPULATION BE ENTERED ACCORDINGLY.*

BY THE COURT:

Dated:________________

________________________
Magistrate Judge
United States District Court

**ATTORNEY FOR DEFENDANT ECON CONTROL INC.**

Mark G. Ohnstad

By:
Mark G. Ohnstad
Attorney I.D. #: 81218
Edinborough Corporate Center East
Suite 600, Edinborough Way
Edina, Minnesota 55435
(952) 835-7000

Dated:

**ATTORNEY FOR McDOWELL**

By________________________

PATRICK NOAKER, ESQ
E 1000 1ST NATIONAL BANK BLDG
332 MINNESOTA STREET
SAINT PAUL, MN 55101
651-227-9990

## ORDER

Pursuant to the foregoing Stipulation, the Court adopts the Amended Scheduling Order, which is attached hereto.

LET THE STIPULATION BE ENTERED ACCORDINGLY.

BY THE COURT:

Dated: 1/24/01

______________________
Magistrate Judge
United States District Court