**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Lavon C. Phillips,

Plaintiff,

v.

**ORDER**
Civil No. 00-1382 ADM/AJB

Mary K. Grendahl, Econ Control, Inc., d/b/a Sherlock Information System and McDowell Investigations,

Defendants,

and

Econ Control, Inc., d/b/a Sherlock Information System,

Cross-Claimant,

v.

McDowell Investigations,

Cross-Defendant.

---

Thomas J. Lyons, Sr., Esq., Thomas J. Lyons & Associates, Little Canada, MN, and Thomas J. Lyons, Jr., Esq., Consumer Justice Center, P.A., Little Canada, MN, for and on behalf of the Plaintiff.

Scott A. Johnson, Esq., and Richard G. Jensen, Esq., Fabyanske, Westra & Hart, Minneapolis, MN, for and on behalf of Defendant Grendahl.

Mark G. Ohnstad, Esq., Thomsen & Nybeck, Edina, MN, for and on behalf of Defendant/Cross-Claimant Econ Control, Inc.

Joseph W. Dicker, Esq., Joseph W. Dicker, P.A., Minneapolis, MN, for and on behalf of Defendant/Cross-Defendant McDowell Investigations.

---

OCT 04 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Plaintiff's request for reconsideration under Local Rule 7.1(g) of this Court's Order of September 19, 2001 [Doc. No. 88] is DENIED.

BY THE COURT:

ANN D. MONTGOMERY
UNITED STATES DISTRICT JUDGE

Dated: October 4, 2001