**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

---

LAVON C. PHILLIPS,

Plaintiff,

Civil No. 00-1382 ADM/AJB

v.

**ORDER ON MOTION TO WITHDRAW AS COUNSEL**

MARY K. GRENDAHL, ET AL.,

Defendants.

---

The above matter came before the Court on a Motion to Withdraw as Counsel by counsel for Defendant Econ Control, Inc. [Docket No. 93]. A hearing was held on February 12, 2003, at the U. S. Courthouse, 316 Robert St., St. Paul, Minnesota. Thomas J. Lyons, Esq., appeared on behalf Plaintiff Lavon Phillips, Scott A. Johnson, Esq., on behalf of Defendant Mary K. Grendahl, Joseph W. Dicker, Esq., on behalf of Defendant McDowell Investigations, and Mark G. Ohnstad, Esq., on behalf of Defendant Econ Control, Inc. Based on the file, affidavits, memoranda and arguments of counsel,

**IT IS HEREBY ORDERED THAT** the Motion to Withdraw as Counsel is denied. [Docket No. 93]. The Court deems it too close to trial to allow counsel to withdraw.

Dated: February 13, 2003

Arthur J. Boylan
United States Magistrate Judge

FILED FEB 13 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK