UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

LAVON C. PHILLIPS, Case No. 00-1382 ADM/AJB

Plaintiff,

v. ORDER

MARY K. GRENDAHL, ET AL.,

Defendants.

---

WHEREAS, the Court has received a request from Mark G. Ohnstad, attorney for Defendant Econ Control, Inc., for reconsideration of his motion to withdraw as counsel, and

WHEREAS, the Court was provided with a copy of a letter from William R. Porter, President of Econ Control, Inc. d/b/a Sherlock Information Systems, terminating the services of Mark G. Ohnstad,

NOW THEREFORE, IT IS HEREBY ORDERED THAT:

1. Mark G. Ohnstad's request for reconsideration of said motion is **granted**.

2. Mark G. Ohnstad's motion for leave to withdraw as attorney for Econ Control, Inc. d/b/a Sherlock Information Systems is **granted**.

3. William R. Porter, President of Econ Control, Inc. d/b/a Sherlock Information Systems, shall immediately file with the Clerk of Court a current mailing address and telephone number.

Dated: February 27, 2003

ARTHUR J. BOYLAN
United States Magistrate Judge

FILED FEB 27 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK