**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**COURT FILE NO.: CV 00-1382 ADM/AJB**

| | |
|---|---|
| Lavon C. Phillips,<br>Plaintiff,<br><br>-vs-<br><br>Mary K. Grendahl; Econ Control, Inc. d/b/a Sherlock Information System; and McDowell Investigations,<br><br>Defendants. | **ORDER FOR DISMISSAL WITH PREJUDICE OF DEFENDANT ECON CONTROL d/b/a SHERLOCK INFORMATION SYSTEMS** |

This matter came before the Court on the stipulation of the Plaintiff and Defendant Econ, to an order dismissing all of the Plaintiff's claims against Defendant Econ in this case with prejudice and on the merits. Based on the stipulation between the Plaintiff and Defendant Econ, and all the other files, records, and proceedings herein,

IT IS HEREBY ORDERED that the Plaintiff's claims against Defendant Econ are hereby DISMISSED in their entirety, on the merits and with prejudice. The Plaintiff and Defendant Econ shall each bear their own costs and attorneys' fees.

SO ORDERED.

Dated: April 25, 2003

ANN D. MONTGOMERY, JUDGE
UNITED STATES DISTRICT COURT



FILED 4·28·03
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK