**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Lavon C. Phillips,

Plaintiff,

v.

**ORDER**
Civil No. 00-1382 ADM/AJB

Mary K. Grendahl, Econ Control, Inc., d/b/a Sherlock Information Systems and McDowell Investigations,

Defendants,

and

Econ Control, Inc. d/b/a Sherlock Information Systems

Cross-Claimant

v.

McDowell Investigations

Cross-Defendant.

---

Thomas J. Lyons, Sr., Esq., Lyons & Associates, Little Canada, MN, on behalf of Plaintiff.

Scott A. Johnson, Esq., Fabyanske, Westra & Hart, P.A., Minneapolis, MN, on behalf of Defendant Mary K. Grendahl.

William R. Porter, President, Econ Control, Inc., Robbinsdale, MN, on behalf of Defendant and Cross-Claimant Econ Control, Inc., d/b/a Sherlock Information Systems.

Joseph W. Dicker, Esq., Dicker Law Office, Minneapolis, MN, on behalf of Defendant and Cross-Defendant McDowell Agency, Inc.[1]

---

[1] Plaintiff's Amended Complaint refers to this Defendant as "McDowell Investigations," but the Defendant refers to itself as "McDowell Agency, Inc."

FILED 4.25.03
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______

The Court is in receipt of the April 10, 2003 letter of William R. Porter, President and sole shareholder, Econ Control, Inc., d/b/a Sherlock Information Systems ("Econ"), requesting dismissal without prejudice of Econ's cross claim against McDowell Investigations. As stated on the record, and based on all the files, records and proceedings herein, **IT IS HEREBY ORDERED** that judgment be entered **IN DEFAULT** in favor of Defendant McDowell Investigations on Econ's cross claim.

BY THE COURT:

ANN D. MONTGOMERY
UNITED STATES DISTRICT JUDGE

Date: April 25, 2003