UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

LAVON C. PHILLIPS,

           v.

MARY K. GRENDAHL and
MCDOWELL INVESTIGATIONS

**JUDGMENT N A CIVIL CASE**

Civil No. 00-1382(ADM/AJB)

This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

IT IS ORDERED AND ADJUDGED THAT:

1. Judgment is entered if favor of defendant Grendahl on claims asserted by plaintiff against Mary Grendahl. Defendant shall recover from plaintiff Phillips her costs of this action.

2. Judgment is entered in favor of plaintiff Phillips and against the Defendant McDowell Investigations in the amount of $10,000.00 in actual damages. Plaintiff shall recover from defendant McDowell Investigations his costs of this action.

3. Judgment is entered in favor of plaintiff Phillips and against the Defendant McDowell Investigations in the amount of $50,000 in punitive damages.

Dated: April 30, 2003

RICHARD D. SLETTEN
RICHARD D. SLETTEN, CLERK

By: Mary Kaye Conery
Mary Kaye Conery, Deputy Clerk

JUDGE ANN D. MONTGOMERY
UNITED STATES DISTRICT COURT