UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

LAVON C. PHILLIPS,

**AMENDED JUDGMENT N A CIVIL CASE**

v.     Civil No. 00-1382(ADM/AJB)

MARY K. GRENDAHL and
MCDOWELL INVESTIGATIONS a/k/a
MCDOWELL AGENCY, INC.

---

This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

IT IS ORDERED AND ADJUDGED THAT:

1. Judgment is entered in favor of Defendant Grendahl on claims asserted by Plaintiff against Mary Grendahl. Defendant Grendahl shall recover from Plaintiff her costs of this action.

2. Judgment is entered in favor of Plaintiff and against the Defendant McDowell Investigations a/k/a McDowell Agency, Inc. in the amount of $10,000.00 in actual damages. Plaintiff shall recover from Defendant McDowell Investigations a/k/a McDowell Agency, Inc. his costs of this action.

3. Judgment is also entered in favor of Plaintiff and against Defendant McDowell Investigations a/k/a McDowell Agency, Inc. in the amount of $50,000 in punitive damages.

Dated: May 2, 2003

RICHARD D. SLETTEN, CLERK

By: _____
Mary Kaye Conery, Deputy Clerk

JUDGE ANN D. MONTGOMERY
UNITED STATES DISTRICT COURT