UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
COURT FILE NO.: CV 00-1382 ADM/AJB

| | |
|---|---|
| Lavon C. Phillips,<br>Plaintiff,<br><br>-vs-<br><br>Mary K. Grendahl; Econ Control, Inc. d/b/a Sherlock Information System; and McDowell Investigations,<br><br>Defendants. | **ORDER FOR JUDGMENT** |

This matter came before the Court on the stipulation of the Plaintiff and Defendant McDowell Investigations a/k/a McDowell Agency, Inc. to an order for judgment against Defendant McDowell Investigations a/k/a McDowell Agency, Inc. for attorneys' fees in the amount of $70,500.00 and costs in the amount of $15,298.56. Based on the stipulation between the Plaintiff and Defendant McDowell Investigations a/k/a McDowell Agency, Inc., and all the other files, records, and proceedings herein,

SO ORDERED.

Dated: May 30, 2003

ANN D. MONTGOMERY JUDGE
UNITED STATES DISTRICT COURT



FILED 5·30·03
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD 5·30·03
DEPUTY CLERK